| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | CAROLINE P. HAN<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 250301<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5482 |

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07MJ2800 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION AND PROPOSED ORDER TO<br>DISMISS WITHOUT PREJUDICE |
| FRANCISCO GUERRERO-AYALA (2), | ) | |
| Defendant. | ) | |

### MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Caroline P. Han, and hereby moves to dismiss, without prejudice, the complaint against the above named defendant in the interest of justice.

DATED: December 18, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the information in criminal case number 07MJ2800 be dismissed, without prejudice, as to defendant Francisco Guerrero-Ayala.

DATED: 12/18/2007

Honorable Ruben B. Brooks
United States Magistrate Judge