Minutes of the United States District Court
Southern District of California
December 18, 2007

HON.  RUBEN B. BROOKS.              DEPUTY CLERK: VICKY T. LEE

07-MJ-2800          U.S.A.      VS      FRANCISCO JAVIER GUERRERO-AYALA (2)(C)(SPA)

MOTION HEARING                          KENNETH J. TROIANO, APPTD (2)

                                        AUSA: CAROLINE HAN

TAPE#RBB07-9:22-9:36; 9:39-10:10

GOVT'S ORAL MOTION TO DISMISS CASE W/O PREJUDICE AS TO DEFENDANT
FRANCISCO JAVIER GUERREO-AYALA  - GRANTED
ORDER FILED.

Date:   12/18/07                                    VTL By RB
                                                    By VTL (RB)
10 MIN